# EXHIBIT A

| Case Caption | Case Number |
|---|---|
| *Hampton Bays Water District v. 3M Company, et al.* | 2:18-cv-03339 |
| *City of Dayton v. 3M Company, et al.* | 2:18-cv-03496 |
| *County of Dutchess, individually and on behalf of all others similarly situated v. 3M Company, et al.* | 2:18-cv-03525 |
| *City of Tucson and Town of Marana v. 3M Company, et al.* | 2:19-cv-00087 |
| *Village of Farmingdale v. 3M Company, et al.* | 2:19-cv-00564 |
| *City of Millington; National Rural Water Association, individually and on behalf of all others similarly situated, Plaintiffs, v. 3M Company, et al., Defendants.* | 2:20-cv-01034 |
| *Tampa Bay Water v. E.I. DuPont de Nemours, et al.* | 2:20-cv-01867 |
| *City of Tampa, Florida v. E.I. Dupont de Nemours and Company, et al.* | 2:20-cv-01889 |
| *Barnstable Fire District v. 3M Company, et al.* | 2:20-cv-04190 |
| *Town of Cairo v. 3M Company, et al.* | 2:20-cv-04237 |
| *Hicksville Water District v. 3M Company, et al.* | 2:21-cv-00232 |
| *Aqua Virginia, Inc. v. 3M Company, et al.* | 2:21-cv-00745 |
| *Weirton Area Water Board and City of Weirton, Plaintiffs, v. 3M Company, et al., Defendants.* | 2:21-cv-00793 |
| *Stratmoor Hills Water District v. 3M Company, et al.* | 2:21-cv-01057 |
| *Aqua New Jersey v. 3M Company, et al.* | 2:21-cv-01265 |
| *Aqua Ohio, Inc. v. 3M Company, et al.* | 2:21-cv-01269 |
| *Aqua Pennsylvania, Inc. v. 3M Company, et al.* | 2:21-cv-01667 |
| *Aqua North Carolina, Inc. v. 3M Company, et al.* | 2:21-cv-02142 |
| *Village of Mayville v. 3M Company, et al.* | 2:21-cv-02474 |
| *Town of Easton v. 3M Company, et al.* | 2:21-cv-02709 |
| *Village of Waterloo v. 3M Company, et al.* | 2:21-cv-02812 |
| *Village of Johnson City v. 3M Company, et al.* | 2:21-cv-02830 |
| *Town of Essex v. 3M Company, et al.* | 2:21-cv-02831 |
| *Sullivan County v. 3M Company, et al.* | 2:21-cv-02939 |
| *Walloon Lake Water System v. 3M Company, et al.* | 2:21-cv-03211 |
| *Seaman Cottages, LLC v. 3M Company, et al.* | 2:21-cv-03238 |
| *Town of Nantucket v. 3M Company, et al.* | 2:21-cv-03239 |
| *The Mayor and Common Council of Westminster v. 3M Company, et al.* | 2:21-cv-03241 |
| *City of Brockton v. 3M Company, et al.* | 2:21-cv-03300 |
| *Littleton Water Department v. 3M Company, et al.* | 2:21-cv-03594 |
| *Seneca County v. 3M Company, et al.* | 2:21-cv-03748 |
| *Town of Wallkill v. 3M Company, et al.* | 2:22-cv-00033 |
| *Village of Nyack v. 3M Company, et al.* | 2:22-cv-00204 |
| *City of Chester, Illinois v. 3M Company, et al.* | 2:22-cv-00251 |
| *Town of Hampstead v. 3M Company, et al.* | 2:22-cv-00407 |
| *Water Supply District of Acton v. 3M Company, et al.* | 2:22-cv-00501 |
| *Town of Fallsburg, a municipal corporation of the State of New York v. 3M Company, et al.* | 2:22-cv-00709 |
| *Town of East Fishkill v. 3M Company, et al.* | 2:22-cv-00920 |
| *Town of Dudley v. 3M Company, et al.* | 2:22-cv-01135 |

| Case Caption | Case Number |
|---|---|
| *Town of Athol v. 3M Company, et al.* | 2:22-cv-01785 |
| *Orange Water and Sewer Authority v. 3M Company, et al.* | 2:22-cv-01793 |
| *Townsend Massachusetts Water Department v. 3M Company, et al.* | 2:22-cv-01815 |
| *Monson Water and Sewer Department v. 3M Company, et al.* | 2:22-cv-02110 |
| *City of Methuen v. 3M Company, et al.* | 2:22-cv-02777 |
| *Chelmsford Water District v. 3M Company, et al.* | 2:22-cv-02885 |
| *Northeast Knox Utility District v. 3M Company, et al.* | 2:22-cv-02953 |
| *Leicester Water Supply District v. 3M Company, et al.* | 2:22-cv-03093 |
| *Hillcrest Water District v. 3M Company, et al.* | 2:22-cv-03094 |
| *Village of Fort Plain v. 3M Company, et al.* | 2:22-cv-03221 |
| *Village of Harriman v. 3M Company, et al.* | 2:22-cv-03473 |
| *Aqua Illinois v. 3M Company, et al.* | 2:22-cv-03860 |
| *Town of Medway v. 3M Company, et al.* | 2:22-cv-04216 |
| *Village of Hempstead v. 3M Company, et al.* | 2:22-cv-04285 |
| *Town of Pepperell v. 3M Company, et al.* | 2:22-cv-04295 |
| *City of Mesa v. 3M Company, et al.* | 2:22-cv-04377 |
| *Town of Sigel v. 3M Company, et al.* | 2:22-cv-04387 |
| *Town of Jackson, Wyoming v. 3M Company, et al.* | 2:23-cv-02943 |
| *Town of Erwin v. 3M Company, et al.* | 2:23-cv-00026 |
| *Aqua Texas, Inc. v. 3M Company, et al.* | 2:23-cv-00049 |
| *City of Thornton, Colorado v. 3M Company, et al.* | 2:23-cv-00277 |
| *Hawthorn Estates v. 3M Company, et al.* | 2:23-cv-00503 |
| *Saegertown Borough v. 3M Company, et al.* | 2:23-cv-00530 |
| *Halifax County Service Authority v. 3M Company, et al.* | 2:23-cv-00653 |
| *Putnam Valley Central School District v. 3M Company, et al.* | 2:23-cv-00775 |
| *City of Eden v. 3M Company, et al.* | 2:23-cv-00776 |
| *Gallia County Rural Water Association v. 3M Company, et al.* | 2:23-cv-00777 |
| *Village of East Troy v. 3M Company, et al.* | 2:23-cv-00785 |
| *Shirley Water District v. 3M Company, et al.* | 2:23-cv-00928 |
| *The URI Board of Trustees, on behalf of itself and the University of Rhode Island v. 3M Company, et al.* | 2:23-cv-00951 |
| *Mountain View-Edgewood Water Company v. 3M Company, et al.* | 2:23-cv-01108 |
| *Town of Westborough v. 3M Company, et al.* | 2:23-cv-01117 |
| *Town of Owego v. 3M Company, et al.* | 2:23-cv-01375 |
| *City of Delray Beach v. 3M Company, et al.* | 2:23-cv-01441 |
| *Three Rivers Fire District v. 3M Company, et al.* | 2:23-cv-01479 |
| *Consolidated Utility District of Rutherford County v. 3M Company, et al.* | 2:23-cv-01493 |
| *City of Freeport v. 3M Company, et al.* | 2:23-cv-01501 |
| *Town of Walden v. 3M Company, et al.* | 2:23-cv-01502 |
| *City of Athens v. 3M Company, et al.* | 2:23-cv-01514 |
| *Xenia Rural Water District v. 3M Company, et al.* | 2:23-cv-01515 |
| *Village of Monroe v, 3M Company, et al.* | 2:23-cv-01584 |
| *Dutchess County Water and Wastewater Authority and Village of Tivoli Water System v. 3M Company, et al.* | 2:23-cv-01587 |

| Case Caption | Case Number |
|---|---|
| *Dutchess County Water and Wastewater Authority and Dalton Farms Water System v. 3M Company, et al.* | 2:23-cv-01588 |
| *Olivet Academy v. 3M Company, et al.* | 2:23-cv-01585 |
| *Eagles Watch Mutual Water Company* | 2:23-cv-01607 |
| *Cragmont Water Company v. 3M Company, et al.* | 2:23-cv-01608 |
| *The City Council of Rock Hill v. 3M Company, et al.* | 2:23-cv-01637 |
| *Town of Westford v. 3M Company, et al.* | 2:23-cv-01652 |
| *Village of Woodbury v. 3M Company, et al.* | 2:23-cv-01675 |
| *City of Prescott v. 3M Company, et al.* | 2:23-cv-01676 |
| *Dutchess County Water and Wastewater Authority and Valley Dale Water System v. 3M Company, et al.* | 2:23-cv-01677 |
| *Dutchess County Water and Wastewater Authority and Fairway's Water System v. 3M Company, et al.* | 2:23-cv-01678 |
| *Dutchess County Water and Wastewater Authority and Birch Hill Water System v. 3M Company, et al.* | 2:23-cv-01679 |
| *Dutchess County Water and Wastewater Authority and Hyde Park Water System v. 3M Company, et al.* | 2:23-cv-01680 |
| *Dutchess County Water and Wastewater Authority and Pinebrook Water System v. 3M Company, et al.* | 2:23-cv-01681 |
| *Dutchess County Water and Wastewater Authority and Greenfields Water System v. 3M Company, et al.* | 2:23-cv-01682 |
| *Dutchess County Water and Wastewater Authority and Quaker Hills Estates Water System v. 3M Company, et al.* | 2:23-cv-01683 |
| *Dutchess County Water and Wastewater Authority and Schreiber Water System v. 3M Company, et al.* | 2:23-cv-01684 |
| *Village of Cuba v. 3M Company, et al.* | 2:23-cv-01685 |
| *Hampton Homes Homeowners Association v. 3M Company* | 2:23-cv-01715 |
| *Town of Wilmington, Massachusetts v. 3M Company, et al.* | 2:23-cv-01814 |
| *The Heartwood Ranch Homeowners Association v. 3M Company, et al.* | 2:23-cv-02035 |
| *Fox Island Mutual Water Association v. 3M Company, et al.* | 2:23-cv-02160 |
| *North Chelmsford Water District v. 3M Company, et al.* | 2:23-cv-02161 |
| *Rib Mountain Sanitary District v. 3M Company, et al.* | 2:23-cv-02215 |
| *Homestead Water Company v. 3M Company, et al.* | 2:23-cv-02238 |
| *City of Newburyport v. 3M Company, et al.* | 2:23-cv-02255 |
| *Thetford Academy v. 3M Company, et al.* | 2:23-cv-02261 |
| *Savannah Valley Utility District v. 3M Company, et al.* | 2:23-cv-02264 |
| *Owensboro Municipal Utilities v. 3M Company, et al.* | 2:23-cv-02270 |
| *City of Leominster v. 3M Company, et al.* | 2:23-cv-02287 |
| *Council Bluffs City Water Works v. 3M Company, et al.* | 2:23-cv-02299 |
| *City of Brighton v. 3M Company, et al.* | 2:23-cv-02339 |
| *Dona Ana Mutual Domestic Water Consumers Association v. 3M Company, et al.* | 2:23-cv-02348 |
| *Erwin Utilities v. 3M Company, et al.* | 2:23-cv-02349 |
| *Town of Abington v. 3M Company, et al.* | 2:23-cv-02374 |
| *Town of Davis v. 3M Company, et al.* | 2:23-cv-02388 |

| Case Caption | Case Number |
|---|---|
| *Town of Natick v. 3M Company, et al.* | 2:23-cv-02390 |
| *Applewood Community Corporation v. 3M Company, et al.* | 2:23-cv-02395 |
| *City of Federal Heights v. 3M Company, et al.* | 2:23-cv-02405 |
| *Orleans Southwest Union Elementary School District v. 3M Company, et al.* | 2:23-cv-02408 |
| *Ashland Water Works v. 3M Company, et al.* | 2:23-cv-02438 |
| *Town of Sterling v. 3M Company, et al.* | 2:23-cv-02439 |
| *Harlan Municipal Utilities v. 3M Company, et al.* | 2:23-cv-02451 |
| *The Sea Mist Resort Condominium Trust v. 3M Company, et al.* | 2:23-cv-02453 |
| *City of Gunnison v. 3M Company, et al.* | 2:23-cv-02486 |
| *Creve Coeur Water and Sewer District v. 3M Company, et al.* | 2:23-cv-02488 |
| *City of South Bend, Indiana v. 3M Company, et al.* | 2:23-cv-02489 |
| *Leavenworth Water Company v. 3M Company, et al.* | 2:23-cv-02533 |
| *Westport Harbor Water Association v. 3M Company, et al.* | 2:23-cv-02545 |
| *Town of West Springfield v. 3M Company, et al.* | 2:23-cv-02560 |
| *Jefferson Utilities v. 3M Company, et al.* | 2:23-cv-02591 |
| *Craftsbury Fire District #2 v. 3M Company, et al.* | 2:23-cv-02613 |
| *City of Glen Dale Water Department v. 3M Company, et al.* | 2:23-cv-02641 |
| *Barber County Rural Water District #2 v. 3M Company, et al.* | 2:23-cv-02662 |
| *Tennyson Water Utility v. 3M Company, et al.* | 2:23-cv-02719 |
| *City of Aurora v. 3M Company, et al.* | 2:23-cv-02781 |
| *Everton Water Corporation v. 3M Company, et al.* | 2:23-cv-02784 |
| *City of Canton v. 3M Company, et al.* | 2:23-cv-02792 |
| *Green River City v. 3M Company, et al.* | 2:23-cv-02793 |
| *Town of Hot Sulphur Springs v. 3M Company, et al.* | 2:23-cv-02813 |
| *Town of Hanover v. 3M Company, et al.* | 2:23-cv-02892 |
| *City of Gardner v. 3M Company, et al.* | 2:23-cv-02893 |
| *City of Chippewa Falls v. 3M Company, et al.* | 2:23-cv-02906 |
| *Rutland Town Fire District #5 v. 3M Company, et al.* | 2:23-cv-02907 |
| *Village of Grady v. 3M Company, et al.* | 2:23-cv-02909 |
| *Town of Middleborough v. 3M Company, et al.* | 2:23-cv-02910 |
| *Lanesborough Village Fire and Water District v. 3M Company, et al.* | 2:23-cv-02914 |
| *Village of Endicott v. 3M Company, et al.* | 2:23-cv-02918 |
| *City of Wausau v. 3M Company, et al.* | 2:23-cv-02923 |
| *Westport Water v. 3M Company, et al.* | 2:23-cv-02925 |
| *City of Cloquet v. 3M Company, et al.* | 2:23-cv-02932 |
| *Bens Run Industrial Park Water System v. 3M Company, et al.* | 2:23-cv-02934 |
| *Wigman Mutual Water Company v. 3M Company, et al.* | 2:23-cv-02935 |
| *Laurel County Water District #2 v. 3M Company, et al.* | 2:23-cv-02937 |
| *Jersey County Rural Water Company, Inc. v. 3M Company, et al.* | 2:23-cv-02938 |
| *Perry Park Water and Sanitation District v. 3M Company, et al.* | 2:23-cv-02941 |
| *Tyler County PSD, West Virginia v. 3M Company, et al.* | 2:23-cv-02944 |
| *First Utility District of Carter County v. 3M Company, et al.* | 2:23-cv-02946 |
| *Sullivan-Vigo Rural Water Corp. v. 3M Company, et al.* | 2:23-cv-03414 |
| *Village of Ashmore v. 3M Company, et al.* | 2:23-cv-03430 |

| Case Caption | Case Number |
|---|---|
| *Ripley County Water District One v. 3M Company, et al.* | 2:23-cv-03491 |
| *Garden Homes Management Corporation v. 3M Corporation, et al.* | 2:23-cv-03522 |
| *Holliday Water Company v. 3M Company, et al.* | 2:23-cv-03708 |
| *KVI 2500 LLC v. 3M Company, et al.* | 2:23-cv-03709 |
| *Town of Randolph v. 3M Company, et al.* | 2:23-cv-03738 |
| *Black River Falls Water Utility v. 3M Company, et al.* | 2:23-cv-03741 |
| *Glencoe Water and Sewer Works v. 3M Company, et al.* | 2:23-cv-03743 |
| *Anderson Regional Joint Water System v. 3M Company, et al.* | 2:23-cv-03744 |
| *Todd Creek Village Metropolitan District v. 3M Company, et al.* | 2:23-cv-03902 |
| *Idalia Sanitary District v. 3M Company, et al.* | 2:23-cv-03912 |
| *Osceola Water Works v. 3M Company, et al.* | 2:23-cv-03951 |
| *City of LaGrange v. 3M Company, et al.* | 2:23-cv-03995 |
| *Harrisburg PWS v. 3M Company, et al.* | 2:23-cv-04061 |
| *Village of Rockton v. 3M Company, et al.* | 2:23-cv-04062 |
| *City of Madison v. 3M Company, et al.* | 2:23-cv-04063 |
| *Lindon City v. 3M Company, et al.* | 2:23-cv-04081 |
| *Hardin County Water District No. 2 v. 3M Company, et al.* | 2:23-cv-04161 |
| *Town of Palmyra v. 3M Company, et al.* | 2:23-cv-04226 |
| *Woods Cross City v. 3M Company, et al.* | 2:23-cv-04235 |
| *City of Leon v. 3M Company, et al.* | 2:23-cv-04262 |
| *Town of Plattsburgh v. 3M Company, et al.* | 2:23-cv-04271 |
| *City of Mackinac Island v. 3M Company, et al.* | 2:23-cv-04320 |
| *Colfax Water Supply v. 3M Company, et al.* | 2:23-cv-04321 |
| *City of Swanville v. 3M Company, et al.* | 2:23-cv-04322 |
| *Brunswick Regional Water and Sewer H2GO v. 3M Company, et al.* | 2:23-cv-04323 |
| *City of Kannapolis v. 3M Company, et al.* | 2:23-cv-04325 |
| *City of Robbinsdale v. 3M Company, et al.* | 2:23-cv-04326 |
| *City of Sheffield d/b/a Sheffield Utilities v. 3M Company, et al.* | 2:23-cv-04327 |
| *Village of Beverly v. 3M Company, et al.* | 2:23-cv-04328 |
| *City of Waite Park v. 3M Company, et al.* | 2:23-cv-04329 |
| *City of Plainview v. 3M Company, et al.* | 2:23-cv-04330 |
| *City of Maysville Utility Department v. 3M Company, et al.* | 2:23-cv-04331 |
| *Adams Waterworks v. 3M Company, et al.* | 2:23-cv-04332 |
| *And-Tro Water Authority v. 3M Company, et al.* | 2:23-cv-04333 |
| *Bearcreek Municipal Water System v. 3M Company, et al.* | 2:23-cv-04334 |
| *Village of Westfield v. 3M Company, et al.* | 2:23-cv-04336 |
| *MHC Acquisition Fund IV LLC, d/b/a Mountain View v. AGC Chemicals Americas Inc.* | 2:23-cv-04341 |
| *Campus Hills Water Works, Inc. v. 3M Company, et al.* | 2:23-cv-04349 |
| *City of Hamilton v. 3M Company, et al.* | 2:23-cv-04363 |
| *Village of Maybrook v. 3M Company, et al.* | 2:23-cv-04479 |
| *Willow Brooks Estates v. 3M Company, et al.* | 2:23-cv-04626 |
| *Wayne County Water and Sewer Authority v. 3M Company, et al.* | 2:23-cv-04628 |
| *Northwood Water Company, Inc. v. 3M Company, et al.* | 2:23-cv-04652 |
| *Village of Brownville v. 3M Company, et al.* | 2:23-cv-04653 |

| Case Caption | Case Number |
|---|---|
| *Village of Sodus v. 3M Company, et al.* | 2:23-cv-04729 |
| *New Windsor v. 3M Company, et al.* | 2:23-cv-04731 |
| *Playgarten Water, Inc. v. 3M Company, et al.* | 2:23-cv-04732 |
| *City of Spearfish v. 3M Company, et al.* | 2:23-cv-04733 |
| *Town of Southbridge v. 3M Company, et al.* | 2:23-cv-04734 |
| *Eddyville Water and Wastewater Utilities v. 3M Company, et al.* | 2:23-cv-04735 |
| *City of Torrington v. 3M Company, et al.* | 2:23-cv-04736 |
| *Pine Valley Plantation Co-Op v. 3M Company, et al.* | 2:23-cv-04737 |
| *City of Litchfield v. 3M Company, et al.* | 2:23-cv-04738 |
| *City of Verndale v. 3M Company, et al* | 2:23-cv-04740 |
| *Town of Woodstock v. 3M Company, et al.* | 2:23-cv-04741 |
| *Carroll County Water District #1 v. AGC Chemicals Americas Inc., et al.* | 2:23-cv-04785 |
| *City of Eagan v. 3M Company, et al.* | 2:23-cv-04870 |
| *Central Texas Water Supply Corporation v. 3M Company, et al.* | 2:23-cv-04871 |
| *City of Fairhope v. 3M Company, et al.* | 2:23-cv-04872 |
| *Corning Municipal Utilities v. 3M Company, et al.* | 2:23-cv-04874 |
| *Town of Dover v. 3M Company, et al.* | 2:23-cv-04886 |
| *City of Mayville W.W, v. 3M Company, et al.* | 2:23-cv-04887 |
| *Town of Lakeville v. 3M Company, et al.* | 2:23-cv-04888 |
| *Eastmoreland W.S.A Inc. v. 3M Company, et al.* | 2:23-cv-04889 |
| *Powell Road Mobile Home Park v. 3M Company, et al.* | 2:23-cv-04921 |
| *Oldham County Water District v. 3M Company, et al.* | 2:23-cv-04922 |
| *City of Great Bend v. 3M Company, et al.* | 2:23-cv-04929 |
| *Hillcrest Manor W.U.A. v. 3M Company, et al.* | 2:23-cv-04930 |
| *Tri County Regional Water Distribution District v. 3M Company, et al.* | 2:23-cv-04931 |
| *Lewisburg Water v. 3M Company, et al.* | 2:23-cv-04932 |
| *Village of London Mills v. 3M Company, et al.* | 2:23-cv-04941 |
| *City of Pawtucket v. 3M Company, et al.* | 2:23-cv-04942 |
| *Village of Gilman v. 3M Company, et al.* | 2:23-cv-04943 |
| *Village of Dresser v. 3M Company, et al.* | 2:23-cv-04944 |
| *McGregor Municipal Utilities v. 3M Company, et al.* | 2:23-cv-04945 |
| *Village of Nassau v. 3M Company, et al.* | 2:23-cv-04958 |
| *East Pendleton Water District v. 3M Company, et al.* | 2:23-cv-04961 |
| *Village of Owego v. 3M Company et al.* | 2:23-cv-04962 |
| *Muhlenberg County Water District #3 v. 3M Company, et al.* | 2:23-cv-04965 |
| *Grayson County Water District v. 3M Company, et al.* | 2:23-cv-04971 |
| *Princeton Water and Wastewater Commission v. AGC Chemicals Americas, Inc., et al.* | 2:23-cv-04989 |
| *St. Charles Parish, Louisiana v. AGC Chemicals Americas Inc. et al.* | 2:23-cv-04990 |
| *City of Augusta, Kentucky v. AGC Chemicals Americas Inc., et al.* | 2:23-cv-04994 |
| *Hallsdale Powell Utility District v. AGC Chemicals Americas Inc., et al.* | 2:23-cv-04996 |
| *Village of Valatie v. 3M Company, et al.* | 2:23-cv-05031 |
| *NYSARC Inc. Columbia County Chapter Water System v. 3M Company, et al.* | 2:23-cv-05032 |
| *Fountainhead Trailer Park v. 3M Company, et al.* | 2:23-cv-05033 |

| Case Caption | Case Number |
|---|---|
| *Onondaga County Water Authority v. 3M Company, et al.* | 2:23-cv-05034 |
| *Westmoreland Water District v. 3M Company, et al.* | 2:23-cv-05035 |
| *Village of Chester v. 3M Company, et al.* | 2:23-cv-05050 |
| *Pease Sewer and Water System v. 3M Company, et al.* | 2:23-cv-05052 |
| *North Baldwin Utilities v. 3M Company, et al.* | 2:23-cv-05053 |
| *Western Berks Water Authority v. 3M Company, et al.* | 2:23-cv-05054 |
| *Great Lakes Adventist Academy v. 3M Company, et al.* | 2:23-cv-05055 |
| *Mountain Barn Restaurant Water v. 3M Company, et al.* | 2:23-cv-05056 |
| *Village of Camp Douglas v. 3M Company, et al.* | 2:23-cv-05057 |
| *Utility City of Asheville v. 3M Company, et al.* | 2:23-cv-05058 |
| *Killington Village Inn and Chalet Killington v. 3M Company, et al.* | 2:23-cv-05059 |
| *Township of Roxbury v. 3M Company, et al.* | 2:23-cv-05060 |
| *Fife Lake Area Utility Authority v. 3M Company, et al.* | 2:23-cv-05061 |
| *Logan-Todd Regional Water Commission v. AGC Chemicals Americas Inc., et al.* | 2:23-cv-05101 |
| *Springfield Water and Sewer Commission v. 3M Company, et al.* | 2:23-cv-05203 |
| *Windemere Highlands, Inc. v. 3M Company, et al.* | 2:23-cv-05345 |
| *Rolling Meadows Water Company v. 3M Company, et al.* | 2:23-cv-05346 |
| *Village of Lyndonville v. 3M Company, et al.* | 2:23-cv-05468 |
| *City of Bardstown v. AGC Chemicals et al.* | 2:23-cv-05517 |
| *Hartford Utilities v. 3M Company, et al.* | 2:23-cv-05584 |
| *Village of Stockport v. 3M Company, et al.* | 2:23-cv-05585 |
| *City of Richmond Water Treatment Plant v. 3M Company, et al.* | 2:23-cv-05586 |
| *ALP Utilities v. 3M Company, et al.* | 2:23-cv-05588 |
| *Durkin Water Company v. 3M Company, et al.* | 2:23-cv-05775 |
| *City of Foley v. 3M Company, et al.* | 2:23-cv-05776 |
| *Saukville Municipal Water Utility v. 3M Company, et al.* | 2:23-cv-05777 |
| *Dover Plains Water Company v. 3M Company, et al.* | 2:23-cv-05778 |
| *City of Clare v. 3M Company, et al.* | 2:23-cv-05780 |
| *Newtown Artesian Water Company v. 3M Company, et al.* | 2:23-cv-05781 |
| *Mukwonago Water Works v. 3M Company, et al.* | 2:23-cv-05782 |
| *Belton-Honea Path Water Authority v. 3M Company, et al.* | 2:23-cv-05783 |
| *West Bend Water Utility v. 3M Company, et al.* | 2:23-cv-05784 |
| *Village of South Glens Falls v. 3M Company, et al.* | 2:23-cv-05904 |
| *East Rio Hondo Water Supply Corporation v. 3M Company, et al.* | 2:23-cv-06019 |
| *Town of Brockway Sanitary District No. 1 v. 3M Company, et al.* | 2:23-cv-06022 |
| *City of Concord v. 3M Company, et al.* | 2:23-cv-06024 |
| *Nesmith Apartments, LLC v. 3M Company et al.* | 2:23-cv-06098 |
| *Burkesville Water Works v. AGC Chemicals Americas Inc. et al.* | 2:23-cv-06264 |
| *City of Franklin, Kentucky v. AGC Chemicals Americas Inc. et al.* | 2:23-cv-06633 |
| *Town of Kure Beach v. AGC Chemicals Americas Inc., et al.* | 2:23-cv-06829 |
| *Lyon County Water District, KY v. AGC Chemicals Americas Inc. et al.* | 2:24-cv-00106 |
| *Adirondack Lodges Homeowners Association, Inc. v. AGC Chemicals Americas Inc. et al.* | 2:24-cv-00209 |
| *Lebanon Water Works Co Inc. v. AGC Chemicals et al.* | 2:24-cv-00233 |

| Case Caption | Case Number |
|---|---|
| *City of Dover v. AGC Chemicals Americas Inc. et al.* | 2:24-cv-00257 |
| *Neenah Waterworks v. AGC Chemicals Americas Inc., et al.* | 2:24-cv-00258 |
| *Prestonburg City's Utilities Commission v. AGC Chemicals Americas Inc. et al.* | 2:24-cv-00310 |
| *City of Racine v. 3M Company et al.* | 2:24-cv-00374 |
| *Davidson Water Inc. v AGC Chemicals Americas Inc. et al.* | 2:24-cv-00375 |
| *Cannonsburg Water District, KY v. AGC Chemicals Americas Inc. et al.* | 2:24-cv-00738 |
| *Morehead Utility Plant Board v. AGC Chemicals Americas Inc. et al.* | 2:24-cv-00739 |
| *Rocky Harvest, LLC v. AGC Chemicals Americas Inc. et al.* | 2:24-cv-00746 |
| *Town of Westport v. AGC Chemicals Americas Inc. et al.* | 2:24-cv-00793 |
| *North Marshall Water District v. AGC Chemicals Americas Inc.* | 2:24-cv-00795 |
| *Bullock Pen Water District, KY v. 3M Company et al.* | 2:24-cv-00857 |
| *Union-York Water District v. AGC Chemicals Americas Inc. et al.* | 2:24-cv-00864 |
| *Yellow Barn Limited, Co. v. AGC Chemicals Americas Inc. et al.* | 2:24-cv-00868 |
| *Barnet Fire District No. 2 v. AGC Chemicals Americas Inc. et al.* | 2:24-cv-00881 |
| *Sierra Estates General Improvement District v. AGC Chemicals Americas Inc. et al.* | 2:24-cv-00897 |
| *Henry County Water District #2 v. AGC Chemicals Americas Inc. et al.* | 2:24-cv-00898 |
| *Whately Water Department v. AGC Chemicals Americas Inc. et al.* | 2:24-cv-00935 |
| *Paintsville Utilities Commission v. AGC Chemicals Americas Inc.* | 2:24-cv-01118 |
| *Madison County, Missouri, Public Water Supply District 1 v. AGC Chemicals Americas Inc.* | 2:24-cv-01245 |
| *City of Waldron v. AGC Chemicals Americas Inc. et al.* | 2:24-cv-01246 |
| *The West Boylston Water District, MA v. AGC Chemicals Americas Inc. et al.* | 2:24-cv-01309 |
| *City of Pierson, Iowa v. AGC Chemicals Americas Inc. et al.* | 2:24-cv-01343 |
| *Town of Mount Pleasant v. AGC Chemicals Americas Inc. et al.* | 2:24-cv-01370 |
| *City of Riviera Beach, FL v. AGC Chemicals Americas Inc. et al.* | 2:24-cv-01396 |
| *City of Peru, IL v. AGC Chemicals Americas Inc. et al.* | 2:24-cv-01406 |
| *Town of Brownsburg, Indiana v. AGC Chemicals Americas Inc. et al.* | 2:24-cv-01409 |
| *Town of Edinburg, Virginia* | 2:24-cv-01416 |
| *Town of Valdese, North Carolina v. AGC Chemicals Americas Inc. et al.* | 2:24-cv-01421 |
| *Town of Hingham, Massachusetts v. AGC Chemicals Americas Inc. et al.* | 2:24-cv-01431 |
| *City of Miramar, Florida v. AGC Chemicals Americas Inc. et al.* | 2:24-cv-01436 |
| *Bloomington, Illinois v. AGC Chemicals Americas Inc.* | 2:24-cv-01439 |
| *Consolidated Waterworks No. 1 of Terrebonne Parish v. AGC Chemicals Americas Inc. et al.* | 2:24-cv-01477 |
| *Princeton Utilities v. AGC Chemicals Americas Inc. et al.* | 2:24-cv-01493 |
| *City of Adrian, Missouri v. AGC Chemicals Americas Inc. et al* | 2:24-cv-01500 |
| *Leasburg MDWCA, New Mexico v. AGC Chemicals Americas Inc. et al.* | 2:24-cv-01515 |
| *City of Waverly, Iowa v. AGC Chemicals Americas Inc. et al.* | 2:24-cv-01628 |
| *Brewster Water Department v. AGC Chemicals Americas Inc. et al.* | 2:24-cv-01651 |
| *Webster County Water District v. AGC Chemicals Americas Inc. et al.* | 2:24-cv-01752 |
| *Village of Hubbell v. AGC Chemicals Americas Inc. et al.* | 2:24-cv-01951 |

| Case Caption | Case Number |
|---|---|
| *City of Faribault v. AGC Chemicals Americas Inc. et al.* | 2:24-cv-01955 |
| *Town of Dartmouth v. AGC Chemicals Americas Inc. et al.* | 2:24-cv-01961 |
| *Bristol-Bluff City Utility District v. AGC Chemicals Americas Inc. et al.* | 2:24-cv-01964 |
| *Madison Suburban Utility District, TN v. AGC Chemicals Americas Inc. et al.* | 2:24-cv-01965 |
| *Mountaindale v. AGC Chemicals Americas Inc. et al.* | 2:24-cv-01969 |
| *Lonoke White Public Water Authority v. AGC Chemicals Americas Inc. et al.* | 2:24-cv-01979 |
| *Town of North Andover, Massachusetts v. AGC Chemicals Americas Inc. et al.* | 2:24-cv-01984 |
| *Southampton Water, MA v. AGC Chemicals Americas Inc. et al.* | 2:24-cv-01986 |
| *Randall Community Water District, South Dakota v. AGC Chemicals Americas Inc.* | 2:24-cv-01988 |
| *#5325 Okemo Trailside Condominiums, VT v. AGC Chemicals Americas Inc. et al.* | 2:24-cv-02128 |
| *City of Gastonia v. 3M Company et al.* | 2:24-cv-02366 |
| *City of Belmont v. AGC Chemicals Americas Inc. et al.* | 2:24-cv-02367 |
| *Northern Westchester Joint Water Works v. 3M Company et al.* | 2:24-cv-02368 |
| *Town of Cortlandt v. AGC Chemicals Americas Inc. et al.* | 2:24-cv-02369 |
| *Bamberg Board of Public Works v. 3M Company et al.* | 2:24-cv-02531 |
| *City of West Branch, Michigan v. AGC Chemicals Americas Inc. et al.* | 2:24-cv-02730 |
| *Mclean County Regional Water Commission v. AGC Chemicals Americas Inc. et al.* | 2:24-cv-02742 |
| *Carroll Water and Sewer District v. AGC Chemicals Americas Inc. et al.* | 2:24-cv-03017 |
| *Clintonville Utilities v. 3M Company et al.* | 2:24-cv-03018 |
| *Knox County Utility Commission v. AGC Chemicals Americas Inc. et al.* | 2:24-cv-03028 |
| *McCreary County WD, KY v. AGC Chemicals Americas Inc. et al.* | 2:24-cv-03029 |
| *City of Camden, et al. v. BASF Corporation, individually and as successor in interest to Ciba Inc.* | 2:24-cv-03174 |
| *City of Paris v. AGC Chemicals Americas Inc. et al.* | 2:24-cv-03361 |
| *Charter Township of Waterford v. AGC Chemicals Americas Inc. et al.* | 2:24-cv-03446 |
| *Sandy Creek Mobile Home Park v. AGC Chemicals Americas Inc. et al.* | 2:24-cv-03507 |
| *City of Fort Wayne, Indiana v. 3M Company et al.* | 2:24-cv-03540 |
| *Medford Waterworks, WI v. AGC Chemicals Americas Inc. et al.* | 2:24-cv-03571 |
| *Greenhill Water and Fire Protection Authority, Alabama v. AGC Chemicals Americas Inc. et al.* | 2:24-cv-03572 |
| *City of Green Lake v. AGC Chemicals Americas Inc. et al.* | 2:24-cv-03573 |
| *Fort Payne Water, AL v. AGC Chemicals Americas Inc. et al.* | 2:24-cv-03631 |
| *Northeast Alabama Water, Sewer & Fire Protection District v. AGC Chemicals Americas Inc. et al.* | 2:24-cv-03632 |
| *Kershaw and Lee County Regional W.A., S.C. v. AGC Chemicals Americas Inc. et al.* | 2:24-cv-03633 |
| *Village of Phillipsburg Water Works, OH v. AGC Chemicals Americas Inc. et al.* | 2:24-cv-03634 |
| *Crittenden-Livingston Co Water District v. AGC Chemicals Americas Inc.* | 2:24-cv-03676 |

| Case Caption | Case Number |
|---|---|
| *Hendersonville Utility District v. AGC Chemicals Americas Inc. et al.* | 2:24-cv-03930 |
| *City of Hickory, NC v. AGC Chemicals Americas Inc. et al.* | 2:24-cv-04035 |
| *Millersburg Area Authority v. AGC Chemicals Americas Inc.* | 2:24-cv-04036 |
| *City of Albemarle v. AGC Chemicals Americas Inc. et al.* | 2:24-cv-04037 |
| *Rathbun Regional Water Association v. AGC Chemicals Americas Inc. et al.* | 2:24-cv-04043 |
| *Southern Cayuga Lake Intermunicipal v. AGC Chemicals Americas Inc., et al.* | 2:24-cv-04186 |
| *Wapello Rural Water Association v. AGC Chemicals Americas Inc. et al.* | 2:24-cv-04198 |
| *Town of Mooresville, NC v. AGC Chemicals Americas Inc. et al.* | 2:24-cv-04199 |
| *Angelina Water Supply Corporation, TX v. AGC Chemicals Americas Inc. et al.* | 2:24-cv-04200 |
| *City of Wausau v. AGC Chemicals Americas Inc. et al.* | 2:24-cv-04284 |
| *White House Utility District v. AGC Chemicals Americas Inc. et al.* | 2:24-cv-04336 |
| *Village of Yellow Springs v. AGC Chemicals Americas Inc. et al.* | 2:24-cv-04460 |
| *Rich Prairie Sewer & Water District v. AGC Chemicals Americas Inc. et al.* | 2:24-cv-04462 |
| *Moulton Utilities, AL v. AGC Chemicals Americas Inc. et al.* | 2:24-cv-04576 |
| *Town of Winnsboro Water and Wastewater South Carolina v. AGC Chemicals Americas Inc. et al.* | 2:24-cv-04577 |
| *Clinton Utilities Board, TN v. AGC Chemicals Americas Inc.* | 2:24-cv-04581 |
| *Mountain Water District, KY v. AGC Chemicals Americas Inc. et al.* | 2:24-cv-04661 |
| *Town of Chenango v. AGC Chemicals Americas Inc. et al.* | 2:24-cv-04951 |
| *Letchworth Central School, NY v. AGC Chemicals Americas Inc. et al.* | 2:24-cv-04952 |
| *City of Napoleon, OH v. AGC Chemicals Americas Inc. et al.* | 2:24-cv-05001 |
| *Forest County Conservation District, WI v. 3M Company et al.* | 2:24-cv-05002 |
| *City of Altura, MN v. AGC Chemicals Americas Inc. et al.* | 2:24-cv-05004 |
| *Louisa County Water Authority v. AGC Chemicals Americas Inc. et al.* | 2:24-cv-05085 |
| *Edmonson County Water District, KY v. AGC Chemicals Americas Inc., et al.* | 2:24-cv-05086 |
| *Allen County Water District v. AGC Chemicals Americas Inc., et al.* | 2:24-cv-05100 |
| *The City of Yonkers v, AGC Chemicals Americas Inc. et al.* | 2:24-cv-05170 |
| *Le-Ax Regional Water District v. AGC Chemicals Americas Inc. et al.* | 2:24-cv-05172 |
| *Kent Apts Water Supply v. AGC Chemicals Americas Inc. et al.* | 2:24-cv-05173 |
| *Village of Newark Valley, New York v. AGC Chemicals Americas Inc.* | 2:24-cv-05446 |
| *Village of White Lake, WI v. AGC Chemicals Americas Inc. et al.* | 2:24-cv-05460 |
| *South Haven Area Water & Sewer Authority, MI v. AGC Chemicals Americas Inc., et al.* | 2:24-cv-05493 |
| *Lewisport Water Works, KY v. AGC Chemicals Americas Inc. et al.* | 2:24-cv-05732 |
| *Piedmont Triad Regional Water Authority v. AGC Chemicals Americas Inc. et al.* | 2:24-cv-06895 |
| *Birch Park LLC Utilities v. AGC Chemicals Americas Inc. et al.* | 2:25-cv-00554 |
| *South Tawakoni Water Supply Corporation, TX v. AGC Chemicals Americas Inc., et al.* | 2:25-cv-00565 |

| Case Caption | Case Number |
|---|---|
| *Bolivar Peninsula Special Utility District v. AGC Chemicals Americas Inc., et al.* | 2:25-cv-00566 |
| *Southwest Regional Water District, OH v. AGC Chemicals Americas Inc., et al.* | 2:25-cv-00567 |